BEFORE THE THIRD DIVISION, NOVEMBER 19, 1951

**No. 56004.**—S. P. Skinner Co., Inc. *v.* United States, protest 173268–K (New York).

Opinion by CLINE, J.   In accordance with stipulation of counsel that the merchandise consists of brass silent butlers similar in all material respects to those the subject of *The Fan Co.* v. *United States* (25 Cust. Ct. 42, C. D. 1261), the claim of the plaintiff was sustained.

**No. 56005.**—W. F. Mackay *v.* United States, protest 114465–K (Pembina).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 56006.**—Air Clearance Ass'n, Inc., et al. *v.* United States, protests 153079–K, etc. (New York).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56007.**—L. H. Hayward & Co. *v.* United States, protests 162901–K/13081, etc. (New Orleans).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56008.**—S. J. Major *v.* United States, protest 165382–K (Honolulu).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 56009.**—C. H. Wilson *v.* United States, protest 166091–K (Baltimore).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 56010.**—Gander Trading Corp. et al. *v.* United States, protests 167377–K, etc. (New York).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56011.**—Wessels Kulenkampff & Co. *v.* United States, protest 167791–K (Philadelphia).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.